**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00327-CV**
_____

**STATE INSURANCE AGENCY, INC., Appellant**

**V.**

**J. E. WILLIAMSON, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 115387**

**MEMORANDUM OPINION**

The appellant, State Insurance Agency, Inc., filed a motion to dismiss this appeal due to settlement. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered March 14, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.